Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:07-00012 |
| | ) | JUDGE TRAUGER |
| STACY N. WYATT | ) | |

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL
OUTSIDE THE JUDICIAL DISTRICT**

The defendant, Stacy N. Wyatt, through undersigned counsel, hereby moves this Honorable Court for an order permitting him to travel outside the Middle District of Tennessee and outside the United States from December 19 until December 23, 2012. Mr. Wyatt requests this permission so that he and his fiancée, Ms. Tanya Pannell, can travel to Ocho, Rios Jamaica where they will be married and have a short honeymoon.

Undersigned counsel has discussed this motion with United States Probation Officer Karen Webb, who is supervising Mr. Wyatt, and she has indicated that Mr. Wyatt is in compliance with the terms and conditions of his supervised release and that she is not opposed to Mr. Wyatt's request to travel to Jamaica for his wedding and honeymoon. Undersigned counsel has also discussed this request with Assistant United States Attorney Brent Hannafan and he has authorized undersigned counsel to represent to this Court that the government is not opposed to Mr. Wyatt's request.

Mr. Wyatt is currently serving a four year term of supervised release. As noted above, he is in compliance with the terms and conditions of his supervised release and is currently employed. His fiancée, Tanya Pannell, is a software engineer and project manager at the Nissan